TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID VANDERKLIPP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM WATERS, Inc., a Foreign Corporation,<br><br>Defendant. | CASE NO: 2:24-cv-00920-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT PREMIUM WATERS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF #18)**<br>**(First Request)** |

COMES NOW, Plaintiff, DAVID VANDERKLIPP, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant PREMIUM WATERS, INC., (hereinafter "Defendant"), by and through its counsel, the KAMER ZUCKER ABBOTT, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #18), due on April 10, 2025, to April 25, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment. Additionally, the parties would like to request that Defendant be given until May 23, 2025, to Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

1

Good cause exists for this extension.  Plaintiff is working with the client regarding the undisputed facts as asserted by Defendant regarding Defendant's Motion for Summary Judgment to formulate Plaintiff's response.  The parties believe a 15-day extension will suffice.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response.  Accordingly, **Plaintiff shall have up to and including April 25, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #18).**

In addition to this extension, Defendant has requested that they be granted a similar extension for their Reply.  Parties agree that **Defendant shall have up to and including May 23, 2025, to respond to Plaintiff's Response to Defendant's Motion for Summary Judgment.**

**IT IS SO STIPULATED.**

Dated:  April 9, 2025                                                                    Dated:  April 9, 2025

**HATFIELD & ASSOCIATES**                                            **KAMER ZUCKER ABBOTT**

By: /s/ Trevor J. Hatfield                                                         By: /s/ Dare E. Heisterman
   TREVOR J. HATFIELD, ESQ. (SBN 7373)              Dare E. Heisterman, Esq.
   703 S. Eighth Street                                                             R. Todd Creer, Esq.
   Las Vegas, Nevada 89101                                                  6325 South Jones Blvd., Suite 300
   Tel:  (702) 388-4469                                                           Las Vegas, Nevada 89118
   Email: thatfield@hatfieldlawassociates.com              Tel:  (702) 259-8640
   *Attorney for Plaintiff*                                                         *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation [ECF No. 20], and with good cause appearing, IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE
4/14/25, nunc pro tunc to 4/10/25

2