TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID VANDERKLIPP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM WATERS, Inc., a Foreign Corporation,<br><br>Defendant. | CASE NO: 2:24-cv-00920-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT PREMIUM WATERS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF #18)**<br>**(Second Request)**<br>[ECF No. 22] |

COMES NOW, Plaintiff, DAVID VANDERKLIPP, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant PREMIUM WATER, INC., (hereinafter "Defendant"), by and through its counsel, the KAMER ZUCKER ABBOTT, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #18), due on April 25, 2025, to May 2, 2025.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

1

Good cause exists for this extension. Plaintiff is working with the client regarding the undisputed facts as asserted by Defendant regarding Defendant's Motion for Summary Judgment to formulate Plaintiff's response. The parties believe a 7-day extension will suffice.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including May 2, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #18) and Defendant shall have up to and including May 30, 2025, to respond to Plaintiff's Response to Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated: April 24, 2025

**HATFIELD & ASSOCIATES**

/s/ Trevor J. Hatfield
By:_____
 TREVOR J. HATFIELD, ESQ. (SBN 7373)
 703 S. Eighth Street
 Las Vegas, Nevada 89101
 Tel: (702) 388-4469
 Email: thatfield@hatfieldlawassociates.com
 *Attorney for Plaintiff*

Dated: April 24, 2025

**KAMER ZUCKER ABBOTT**

/s/ Dare E. Heisterman
By:_____
 Dare E. Heisterman, Esq.
 R. Todd Creer, Esq.
 6325 South Jones Blvd., Suite 300
 Las Vegas, Nevada 89118
 Tel: (702) 259-8640
 *Attorneys for Defendant*

### ORDER

**Based on the parties' stipulation [ECF No. 22] and with good cause appearing, IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE
April 25, 2025

2