TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
thatfield@hatfieldlawassociates.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID VANDERKLIPP, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIUM WATERS, Inc., a Foreign Corporation,<br><br>Defendant. | CASE NO: 2:24-cv-00920-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT PREMIUM WATERS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF #18)**<br>**(Third Request)** |

COMES NOW, Plaintiff, DAVID VANDERKLIPP, (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant PREMIUM WATERS, INC., (hereinafter "Defendant"), by and through its counsel of record, the law firm KAMER ZUCKER ABBOTT, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #18), due on May 2, 2025, to May 5, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' third request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

///

1

Good cause exists for this extension. Plaintiff's Counsel has family commitments that prevent him from finalizing Plaintiff's response. The parties believe a 3-day extension will suffice.

Defendant has courteously agreed to this extension of time for Plaintiff to file his Response. Accordingly, Plaintiff shall have up to and including May 2, 2025, to respond to Defendant's Motion for Summary Judgment (ECF #18) and Defendant shall have up to and including June 2, 2025, to respond to Plaintiff's Response to Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

Dated: May 2, 2025                                              Dated: May 2, 2025

**HATFIELD & ASSOCIATES**                           **KAMER ZUCKER ABBOTT**

/s/ Trevor J. Hatfield                                              /s/ Dare E. Heisterman
By:_____            By:_____
TREVOR J. HATFIELD, ESQ. (SBN 7373)         Dare E. Heisterman, Esq.
703 S. Eighth Street                                              R. Todd Creer, Esq.
Las Vegas, Nevada 89101                                    6325 South Jones Blvd., Suite 300
Tel: (702) 388-4469                                              Las Vegas, Nevada 89118
Email: thatfield@hatfieldlawassociates.com    Tel: (702) 259-8640
*Attorney for Plaintiff*                                          *Attorneys for Defendant*

### ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS ORDERED that the deadline to respond to the motion for summary judgment [ECF No. 18] is EXTENDED to May 5, 2025, making the response filed at ECF No. 25 timely. IT IS FURTHER ORDERED that the deadline to file a reply to that opposition [ECF No. 25] is extended to June 2, 2025.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 6, 2025