```
KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Dare E. Heisterman     #14060
Shannon L. Chao        #16821
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
dheisterman@kzalaw.com
```

Attorneys for Defendant
Premium Waters, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID VANDERKLIPP, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PREMIUM WATERS, Inc., a Foreign Corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 2:24-cv-00920-JAD-BNW<br><br>**STIPULATION AND ORDER TO WITHDRAW BILL OF COSTS AND FINAL RESOLUTION OF ALL CLAIMS**<br><br>ECF Nos. 30, 31, 33 |

　　　　Plaintiff David VanderKlipp ("Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., and Defendant Premium Waters, Inc., ("Defendant"), by and through its counsel of record, the law firm Kamer Zucker Abbott (collectively the "Parties"), stipulate and agree as follows:

1.) Defendant agrees to withdraw its Bill of Costs filed on November 17, 2025, seeking $4,228.01, in exchange for Plaintiff's payment of $1,500.00 to Defendant. Plaintiff has made or will immediately make this payment upon execution of this stipulation.

2.) To the fullest extent consistent with law, Plaintiff for himself, his spouse, children, heirs, executors, administrators, and assigns hereby fully and forever releases, discharges, and

promises not to sue Defendant and its parent, subsidiary, and affiliated entities, as well as their predecessors, successors, owners, shareholders, members, joint venturers, directors, officers, employees, administrators, attorneys, agents, executors, assigns, benefit plans, equity plans and arrangements, and insurers, trustees, and any other person, firm, or entity with whom any of them is now or may hereafter be affiliated over any and all claims, causes of action, costs, liabilities, and indemnities of any nature whatsoever, including but not limited to any claims arising out of or in any manner relating to Plaintiff's employment with Defendant, the separation of Plaintiff's employment, or the litigation underlying this stipulation.

3.) The Parties acknowledge that the United States District Court for the District of Nevada entered final judgment in this matter on November 3, 2025, granting Defendant's motion for summary judgment and dismissing the case with prejudice. The Parties further agree that this stipulation does not alter or affect the finality of that judgment, which conclusively resolved all claims on the merits and left nothing further for the Court to adjudicate.

4.) Plaintiff expressly waives any and all rights to appeal the Court's judgment entered on November 3, 2025. The Parties agree that the deadline to file an appeal has passed, and no appeal has been filed. This stipulation is intended to ensure that no further litigation or appeals will arise from this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5.) This stipulation constitutes the entire agreement between the Parties regarding the withdrawal of the Bill of Costs and the resolution of all claims. No other promises, representations, or agreements have been made other than those expressly set forth herein.

DATED this 7th day of January, 2026.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| HATFIELD & ASSOCIATES, LTD. | KAMER ZUCKER ABBOTT |
| /s/ Trevor J. Hatfield | /s/ Dare E. Heisterman |
| Trevor J. Hatfield, Esq.   #7373 | R. Todd Creer   #10016 |
| 703 South Eighth Street | Dare E. Heisterman   #14060 |
| Las Vegas, Nevada 89101 | Shannon L. Chao   #16821 |
| Tel: (702) 388-4469 | 6325 South Jones Boulevard, Suite 300 |
| Fax: (702) 386-9825 | Las Vegas, Nevada 89118 |
|  | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant |
| David VanderKlipp | Premium Waters, Inc. |

### ORDER

Based on the parties' stipulation [ECF No. 33] and with good cause appearing, IT IS SO ORDERED.  The Bill of Costs **[ECF No. 30] is deemed WITHDRAWN**, and the motion to extend time to file Plaintiff's Motion to Retax the Bill of Costs **[ECF No. 31] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 9, 2026